# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In Re**: James Edward Gills, Jr.      Chapter 13
     Case No. 13-52333
     Debtor(s)      Judge: Mark A. Randon

_____/

## REQUEST FOR VOLUNTARY DISMISSAL

Now come above named Debtor(s), and hereby request dismissal of the above captioned Chapter 13 case.

Dated: January 15, 2016

**By:** */s/ Brian P. Dunne P-71177*
*/s/ James Gills, Jr.*     Brian P. Dunne P-71177
Debtor (James Gills, Jr.)     Ardelean & Dunne, PLLC
    Attorneys for Debtor(s)
    24300 Southfield Road, Suite 308
    Southfield, MI 48075
    Phone: 248.557.7488
    edmi@arddun.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In Re**: James Edward Gills, Jr.

Debtor(s)
_____/

Chapter 13
Case No. 13-52333
Judge: Mark A. Randon

## ORDER FOR VOLUNTARY DISMISSAL OF CASE

This matter having come on to be heard for Voluntary Dismissal per Debtor(s)' request;

NOW, THEREFORE,

IT IS HEREBY ORDERED that this Chapter 13 case is dismissed:

IT IS FURTHER ORDERED that the Clerk's office shall immediately provide notice to the entry of this Order to all creditors listed in this case, the Debtor, Debtor(s)' attorney, if any, and the Trustee.

IT IS FURTHER ORDERED that Krispen S. Carroll, Trustee, is discharged as Trustee, and the Trustee and his surety are released from any and all liability on account of the within proceedings.

IT IS FURTHER ORDERED that the Debtor(s)' attorney shall be allowed to file a fee application.

**EXHIBIT 1**